FILED: May 26, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6135
(5:08-ct-03152-D)

_____

LACY LEE WILLIAMS

        Plaintiff - Appellant

v.

PAUL G. GESSNER; DONALD STEPHENS; JENNIFER LINDOW; COLON WILLOUGHBY; BRYAN G. COLLINS, JR.; DEWEY T. O'KELLEY; LORRIN FREEMAN

        Defendants - Appellees

_____

O R D E R

_____

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*